UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:94CV227-3-W
(3:92CR155-P)

| | |
|---|---|
| AMIL DINSIO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   **O R D E R** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |
| | ) |

**THIS MATTER** is before the Court on Petitioner's "Motion for Reconsideration of the Court's Order Dated July 31, 2008." In the instant motion, Petitioner simply restates the same issues raised in his Motion for Reconsideration filed on July 28, 2008. Petitioner continues to allege that the Court and the United States Attorney conspired together to make it appear that Petitioner never filed a response to the Government's dispositive motion.[1]

For the reasons stated in this Court's July 31, 2008, the Petitioner's Motion for Reconsideration will be denied.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration (Doc. No. 10) is Denied.

---

[1] Specifically, Petitioner alleges that "Judge Potter and the United States Attorney, acting in collusion made it appear on the court docket that the court never received the petitioner's response to the government's response to the 2255 petition and the United States Attorney was sure as hell not going to tell the court that he had received a copy of petitioner's response. That collusion between Judge Potter and the United States Attorney is a big. Big court fraud and this court should bring the petitioner before the court and allow him to prove what he is claiming." Motion at 2.

**SO ORDERED**.

Signed: August 15, 2008

Frank D. Whitney
United States District Judge